UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NAXOS DIGITAL SERVICE US, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEIJING KUKE MUSIC CO, LTD., <br><br> Defendant. | Case No. 3:24-cv-01194 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

This matter was originally set for an initial case management conference on February 26, 2025. (Doc. No. 5.) That conference was continued until February 14, 2025 and again until February 26, 2025, because Defendant Beijing Kuke Music Co, Ltd had not yet appeared. (Doc. No. 9,11.) As of the date of this Order, the defendant still has not appeared. Accordingly, the initial case management conference set on February 26, 2025, is therefore CANCELLED.

Plaintiff Naxos Digital Service US, Inc. is ORDERED to file a notice of the status of service of process by March 5, 2025.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge