# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **NAXOS DIGITAL SERVICE US, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **No. 3:24-cv-01194** |
| | ) |
| **BEIJING KUKE MUSIC CO. LTD.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the Notice of Voluntary Dismissal without Prejudice (Doc. No. 16) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE